**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile:  (214) 871-2111
jbergh@qslwm.com
**COUNSEL FOR TRANS UNION LLC**

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAYLA ARNDT,<br><br>                Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>                Defendants. | Case No. 2:19-cv-01087-APG-GWF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Kayla Arndt ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this second Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On June 24, 2019, Plaintiff filed her Complaint.  On June 25, 2019, Trans Union was served with Plaintiff's Complaint.

Subsequently, the Plaintiff and Trans Union stipulated and this Court granted an extension up to and including August 6, 2019, for Trans Union to file its response to Plaintiff's Complaint.

Counsel for Trans Union and Plaintiff are engaged in settlement discussions on this case

1

and wish to extend the deadline for Trans Union to respond to the Complaint until August 20, 2019. This will allow the parties to continue settlement discussions without incurring additional fees and expenses. Plaintiff has no objection to the extension.

Therefore, the Parties agree to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including August 20, 2019.

Dated this 5th day of August 2019.

QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.

*/s/ Jennifer Bergh*
Jennifer Bergh
Nevada Bar No. 14480
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com
*Counsel for Trans Union LLC*

KNEPPER & CLARK LLC

*/s/ Miles N. Clark*
Matthew I. Knepper
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar No. 13848
5510 So. Fort Apache Road, Suite 30
Las Vegas, NV 89148
Telephone: (702) 856-7430
Facsimile: (702) 447-8048
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com

David H. Krieger
Nevada Bar No. 9086
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

3915082.1

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED.

Dated this __9th_____ day of ____August_____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

3915082.1