# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAYLA ARNDT, | Case No.: 2:19-cv-01087-APG-EJY |
| Plaintiff | **Order for Stipulation of Dismissal** |
| v. | |
| TRANS UNION, LLC, | |
| Defendant | |

The parties agreed they would file a stipulation of dismissal no later than January 20, 2020. ECF No. 15. To date, no stipulation has been filed.

I THEREFORE ORDER the parties to file a stipulation of dismissal by February 7, 2020.

DATED this 24th day of January, 2020.

                                              ANDREW P. GORDON
                                              UNITED STATES DISTRICT JUDGE