Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAYLA ARNDT, | Case No. 2:19-cv-01087-APG-EJY |
| Plaintiff, | **JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC** |
| v. | |
| TRANS UNION LLC, | **[SECOND REQUEST]**     **ORDER** |
| Defendant. | Complaint filed: June 24, 2019 |

Plaintiff Kayla Arndt ("Plaintiff") and Defendant Trans Union LLC; ("Trans Union" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby move jointly to extend their deadline to file a Stipulation of Dismissal of Trans Union (45) forty-five days:

1. The Parties settled this matter on August 26, 2019 [ECF Dkt No. 12].

2. On January 24, 2020, the Court extended the dismissal deadline [ECF Dkt. 16].

3. Plaintiff's deadline is February 7, 2020.

4. The Parties are in the final stages of completing their settlement agreement, for which all material terms have been agreed to. All that remains is performance of the agreed-upon terms, which that parties agree will be completed shortly.

5. The Parties request and extension of forty-five days to file their Stipulation of Dismissal of Trans Union to allow them additional time to finalize the settlement agreement.

6. Plaintiff agrees to file the Stipulation of Dismissal of Trans Union no later than **March 23, 2020**.

IT IS SO STIPULATED.
Dated February 4, 2020.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>David H. Krieger, Esq., SBN 9086<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**<br><br>/s/ *Jennifer R. Bergh*<br>Jennifer R. Bergh, Esq., SBN 14480<br>Email: jbergh@qslwm.com<br><br>**ALVERSON TAYLOR & SANDERS**<br>Trevor Waite, Esq., SBN 13779<br>Email: twaite@alversontaylor.com<br><br>*Counsel for Defendant*<br>*Trans Union LLC* |

## ORDER GRANTING EXTENSION OF TIME
## TO FILE STIPULATION OF DISMISSAL OF TRANS UNION LLC

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 4, 2020.