Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAYLA ARNDT,<br><br>        Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>        Defendants. | Case No. 2:19-cv-01087-APG-EJY<br><br>**STIPULATION OF DISMISSAL OF TRANS UNION LLC, WITH PREJUDICE**<br><br>Complaint filed: June 24, 2019<br><br>**ORDER** |

      PLEASE TAKE NOTICE that Plaintiff Kayla Arndt ("Plaintiff") and Defendant Trans Union LLC ("Trans Union") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

      There are no longer any issues in this matter between Plaintiff and Trans Union to be determined by the Court, and Trans Union is the only defendant. Plaintiff hereby stipulates that all of her claims and causes of action against Trans Union, which were or could have been the

subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

IT IS SO STIPULATED.
Dated February 20, 2020.

| **KNEPPER & CLARK LLC** | **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jennifer R. Bergh* |
| Matthew I. Knepper, Esq., SBN 12796 | Jennifer R. Bergh, Esq., SBN 14480 |
| Miles N. Clark, Esq., SBN 13848 | 6900 N. Dallas Parkway, Suite 800 |
| 5510 So. Fort Apache Rd, Suite 30 | Plano, Texas 75024 |
| Las Vegas, NV 89148 | Email: jbergh@qslwm.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | **ALVERSON TAYLOR & SANDERS** |
| | Trevor Waite, Esq., SBN 13779 |
| **HAINES & KRIEGER LLC** | 6605 Grand Montecito Parkway, Suite 200 |
| David H. Krieger, Esq., SBN 9086 | Las Vegas, NV 89149 |
| 8985 S. Eastern Avenue, Suite 350 | Email: twaite@alversontaylor.com |
| Las Vegas, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | *Counsel for Defendant* |
| | *Trans Union LLC* |
| *Counsel for Plaintiff* | |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF TRANS UNION LLC WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: February 20, 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430